UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALPHA DIAWARA,

                         Plaintiff,

-against-

U.S. JUDGE KEVIN P. CASTEL, ET AL.,

                         Defendants.

20-CV-3673 (CM)

CIVIL JUDGMENT

Pursuant to the order issued June 15, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    June 15, 2020
            New York, New York

                                                COLLEEN McMAHON
                                               Chief United States District Judge